No. 09-9300. In re Gregory Taylor, Petitioner.

559 U.S. 1036, 130 S. Ct. 2080, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2772.

March 29, 2010. Motion of petitioner for

leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.